**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 7 |
| IRA GREENBERG<br>LORRAINE R. GREENBERG, | CASE NO. 17-15030<br>JUDGE: Goldgar, |
| DEBTORS | |

**NOTICE OF MOTION**

**Notified via Electronic Filing**
U.S. Trustee, 219 S Dearborn St, Room 873, Chicago, IL 60604
Joseph E. Cohen, 105 West Madison, Suite 1100, Chicago, IL 60602
Marc D Sherman, Marc D Sherman & Associates, 3700 W Devon Ave Ste E, Lincolnwood, IL 60712
**Notified via US Postal Service**
Ira Greenberg, 4712 Royal Melbourne Drive, Long Grove, IL 60047
Lorraine R. Greenberg, 4712 Royal Melbourne Drive, Long Grove, IL 60047

Please take notice that on the 25th day of August, 2017, at the hour of 1:00 p.m. or as soon thereafter as I may be heard, I shall appear before the Honorable Judge A. Benjamin Goldgar, at the United States Bankruptcy Court, North Branch Court, 1792 Nicole Lane, Round Lake Beach, IL 60073 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

## **AFFIDAVIT OF SERVICE**

      The undersigned hereby certifies that he/she caused a true and correct copy of the above and foregoing document to be sent to the Debtors at the address listed below. Said copy was placed in an envelope addressed as listed below and placed in the U.S. Mail on August 16, 2017, with first class postage prepaid. All other parties entitled to notice received such notice electronically, through the office of the Clerk of the Court.

      Respectfully Submitted,

      /s/ Michael N. Burke
      Michael N. Burke

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
17-083210

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector. This is an attempt to collect a debt. Any information may be used for that purpose. If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF<br><br>IRA GREENBERG<br>LORRAINE R. GREENBERG,<br><br>DEBTORS | IN PROCEEDINGS<br>UNDER CHAPTER 7<br><br>NO. 17-15030<br>JUDGE: Goldgar, |

MOTION FOR RELIEF FROM THE AUTOMATIC STAY

NOW COMES the Movant, PNC Bank, National Association, by and through its attorneys, Shapiro Kreisman & Associates, LLC, and moves this Court for the entry of an order modifying the automatic stay, pursuant to 11 USC § 362(d) and in support thereof states as follows:

1. That the Debtors filed a Petition for relief under Chapter 7 of the U.S. Bankruptcy Code on May 15, 2017.

2. That the Movant is a Creditor of the Debtors, pursuant to a note secured by a mortgage on the real property commonly known as: 4712 Royal Melbourne Drive, Long Grove, IL 60047.

3. That the Debtors are in default under the terms of said note and mortgage for failure to make the installment payments due January 1, 2017, in the amount of $8,364.99 and each month thereafter. That default does not include attorneys' fees, costs of collection and other advances and it does not constitute reinstatement.

4. That the indebtedness due Movant as of August 16, 2017, is in excess of $1,006,000.00. Said indebtedness is currently due Movant after applying all offsets and credits due Debtors.

5.      That upon information and belief, Movant suggests that the fair market value of said property is approximately $1,750,000.00.  Upon information and belief, additional liens exist against the subject property in the amount of $2,623,977.00.

6.      That the Movant adopts the facts set forth in the Statement of Default as additional allegations in support of this motion.

7.      That the Movant lacks adequate protection in that there is little or no equity in the premises and that the Debtors are not making payments to the Movant as provided by the mortgage and note.

8.      That the subject property is not necessary for an effective reorganization and the Movant is entitled to relief pursuant to 11 USC § 362(d).

9.      That the Movant wishes to be reimbursed for the costs and attorneys' fees of filing this motion.

10.     That, for the reasons set forth above, it would be inequitable to delay the enforcement of any order modifying the automatic stay with respect to the Movant.

Case 17-15030   Doc 47   Filed 08/16/17   Entered 08/16/17 15:00:34   Desc Main
            Document      Page 5 of 5

WHEREFORE, PNC Bank, National Association prays that this Court enter an order modifying the automatic stay to allow said creditor to foreclose the mortgage on the property known as:4712 Royal Melbourne Drive, Long Grove, IL 60047; and that Federal Bankruptcy Rule 4001(a)(3) be waived.

                                      Respectfully submitted,

                                      ___/s/ Michael N. Burke_ _____
                                      Attorney for PNC Bank, National Association

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
17-083210

**The firm of Shapiro Kreisman & Associates, LLC is a debt collector.  This is an attempt to collect a debt.  Any information may be used for that purpose.  If your personal liability for this debt has been extinguished, discharged in bankruptcy or if a court order prohibits collecting this debt from you personally, then this is an attempt to enforce the Movant's rights with respect to the property addressed herein, and it is not an attempt to collect the debt from you personally.**