IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **IRA & LORRAINE R. GREENBERG,** | ) | No. 17-15030 |
| | ) | |
| Debtor(s). | ) | |

Now comes JOSEPH E. COHEN, Trustee herein ("Trustee"), pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. That on May 15, 2017 the above-referenced Debtors filed their voluntary petition under Chapter 7 of the Bankruptcy Code. The Trustee was appointed and qualified and continues to serve as Chapter 7 Trustee in this case.

2. That on or about March 4, 2020 the Trustee sent distribution checks via U.S. Mail to the creditors listed on the attached Exhibit "A" pursuant to a Supplemental Distribution Report.

3. That the distribution checks for these creditors remain outstanding or have been returned as undeliverable. All reasonable attempts to locate these creditors have failed.

4. That by reason of the foregoing, Trustee has stopped payment on the distribution checks which have not been cashed by said creditors and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

Respectfully submitted,

JOSEPH E. COHEN
COHEN & KROL
105 W. Madison St., Ste 1100      /s/ Joseph E. Cohen, Trustee
Chicago, IL 60602
(312) 368-0300

**EXHIBIT "A"**

| | | |
|---|---|---|
| Check No. 2030 | Small Business Term Loans, Inc.<br>3301 N University Drive<br>Pompano Beach, FL 33065 | $40,217.61 |
| Check No. 2035 | Johnson Bank<br>Holland & Knight LLP<br>Attn: Rick Bixter<br>131 S Dearborn 30th Floor<br>Chicago, IL 60603 | $18,807.88 |
| Check No. 2038 | Halsted Canyon LLC<br>7920 E Thompson Peak Pkwy,<br>Scottsdale, AZ 85255 | $1,617.38 |