Form G-3

**FILED**
**APR 24 2023**
JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 17-15030 |
| | ) | |
| Ira Greenberg & Lorraine R. Greenberg | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**NOTICE OF MOTION**

To: See attached list

    PLEASE TAKE NOTICE that on <u>May 8, 2023</u>, at 9:30 a.m., I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, **either** in courtroom 642 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of Application for Payment of Unclaimed Funds [to/ for] Dilks & Knopik, LLC as assignee to Johnson Bank, a copy of which is attached.

    **All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

    You may appear electronically by video or by telephone

    **To appear by video**, call Zoom for Government at 1-669-254-5252 or 1-646-828- 7666. Then enter the meeting ID and passcode.

    **Meeting ID and password.** The meeting ID for this hearing is 161-500-0972 and the password is 726993. The meeting ID and password can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Andrew T. Drake - Vice President
35308 SE Center St
Snoqualmie, WA 98065
425-836-5728

Form G-3

## CERTIFICATE OF SERVICE

I, Andrew T. Drake, Vice President for Dilks & Knopik, LLC as assignee to Johnson Bank, claimant, state under penalty of perjury under the laws of the United States that I served a copy of this notice and the attached motion on each entity below at the address shown by First Class US Mail on 4/17/2023 at 12:00 p.m.

### SERVICE LIST

Via First Class U.S. Mail

US Bankruptcy Court
Mr. Jeffrey P. Allsteadt, Clerk
219 S. Dearborn Street, Room 710
Chicago, Illinois 60604

US Trustee
219 S. Dearborn Street, Rm 873
Chicago, Illinois 60604

US Attorney
219 S. Dearborn Street
Chief, Civil Division
Chicago, Illinois 60604

Trustee
Joseph E Cohen
105 West Madison Suite 1100
Chicago, IL 60602

Andrew T. Drake - Vice President
35308 SE Center St
Snoqualmie, WA 98065
425-836-5728

Fill in this Information to identify the case:

| Debtor 1 | Ira Greenberg & Lorraine R. Greenberg |
|---|---|
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | Northern District of Illinois |
| Case Number: | 17-15030 |

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 24 2023

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $18,807.88 |
|---|---|
| Claimant's Name: | Johnson Bank |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728<br>admin@dilksknopik.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

Form G-3

### 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Northern District of Illinois
*219 S. Dearborn Street*
*Chief, Civil Division*
*Chicago, Illinois 60604*

---

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: April 17, 2023

_[signature]_
Signature of Applicant
Andrew T. Drake – Vice President
Dilks & Knopik, LLC

35308 SE Center Street
Snoqualmie, WA 98065
428-836-5728 x123
admin@dilksknopik.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

---

**6. Notarization**
STATE OF <u>WASHINGTON</u>

COUNTY OF <u>KING</u>

This Application for Unclaimed Funds, dated <u>April 17, 2023</u> was subscribed and sworn to before me this <u>17th</u> day of <u>April</u>, 20<u>23</u> by <u>Andrew T. Drake</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public: _[signature]_
Matthew Zettley

My commission expires: February 19, 2026

[Notary Seal: MATTHEW ZETTLEY / NOTARY PUBLIC #197679 / STATE OF WASHINGTON / COMMISSION EXPIRES / FEBRUARY 19, 2026]

**6. Notarization**
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)   Notary Public _____

My commission expires:

---

Form 1340            Application for Payment of Unclaimed Funds            Page 2