# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case No. 17-15030 |
| | ) | |
| Ira Greenberg & Lorraine R. Greenberg | ) | Chapter: 7 |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On _____, an application was filed for the Claimant(s), Dilks & Knopik, LLC as assignee to Johnson Bank, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $18,807.88 held in unclaimed funds be made payable to Dilks & Knopik, LLC and be disbursed to the payee at the following address: 35308 SE Center Street, Snoqualmie, WA 98065.

Enter:

Dated:                                                   United States Bankruptcy Judge